United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher G Long
        Debtor

Case No. 15-14124-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Sep 20, 2016
                           Form ID: pdf900        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db             +Christopher G Long,    1939 Fernbrook Avenue,    Feasterville Trevose, PA 19053-3505
13544381       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13544384       +Beneficial Mutual Savings,    530 Walnut St,    Philadelphia, PA 19106-3624
13544383       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                Philadelphia, PA 19106-3624
13544385       +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 21 2016 01:59:13     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2016 01:58:58
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2016 01:59:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13544382       +E-mail/Text: equiles@philapark.org Sep 21 2016 01:59:17     Acs Inc,    Pob 41818,
                Philadelphia, PA 19101-1818
13583528       +E-mail/Text: equiles@philapark.org Sep 21 2016 01:59:17     Philadelphia Parking Authority,
                701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
                                                                                          TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13583698*      +Philadelphia Parking Authority,    701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
              bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Christopher G Long ykassoc@gmail.com,   ykaecf@gmail.com,
              paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
              philaecf@gmail.com
                                                                                          TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER G LONG                                    Chapter 13


                              Debtor                    Bankruptcy No. 15-14124-ELF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

        **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.


**Date: September 20, 2016** _____
                                                    Eric L. Frank
                                                    ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
CHRISTOPHER G LONG

1939 FERNBROOK AVENUE

FEASTERVILLE TREVOSE, PA 19053